UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE CELEBRITY SOURCE LLC,                    :
                                Plaintiff,   :      22 Civ. 9440 (LGS)
                                              :
                 -against-               :      <u>ORDER</u>
                                              :
STRATEGIC VISION LLC, et al.,                :
                                Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated November 16, 2022, required the parties to file a proposed case management plan and joint letter by January 4, 2023.

       WHEREAS, Defendants Strategic Vision LLC and David Johnson have not appeared and Plaintiff has not filed proof of service on the docket.

       WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

       **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **January 6, 2023**.  If Plaintiff has not been in communication with Defendants, it shall file a status letter regarding its efforts to serve Defendants and request an adjournment of the initial conference as soon as possible, and no later than **January 6, 2023**.

Dated: January 5, 2023
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE