UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THE CELEBRITY SOURCE LLC,                                   :
                                            Plaintiff,      :     22 Civ. 9440 (LGS)
                                                            :
                        -against-                           :     ORDER
                                                            :
STRATEGIC VISION LLC, et al.,                               :
                                            Defendants.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued November 16, 2022, required the parties to file a proposed case management plan and joint letter by January 4, 2023, in advance of an initial pre-trial conference. An Order issued January 9, 2023, adjourned the conference and directed the parties to submit the required letter and case management plan.

    WHEREAS, Defendants Strategic Vision LLC and David Johnson have not appeared. Plaintiff filed a letter on ECF on January 5, 2023, stating that it had been in contact with counsel for Defendants.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

    **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible, and no later than **January 20, 2023**.

Dated: January 19, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**