UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CELEBRITY SOURCE LLC,<br><br>A NEW JERSEY LIMITED LIABILITY COMPANY<br><br>    Plaintiff,<br>vs.<br><br>DAVID JOHNSON AND<br><br>STRATEGIC VISION LLC DBA STRATEGIC VISION PR GROUP,<br><br>A GEORGIA LIMITED LIABILITY COMPANY<br><br>    Defendants. | Case No.:    1:22-cv-09440-LGS<br><br>**Plaintiff's Motion to Dismiss Based on a Settlement between the Parties** |

   The Celebrity Source LLC ("Celebrity Source") by and through its attorney Jabari-Jason Tyson-Phipps and the Law Firm Pierce and Kwok LLP is filing this motion to dismiss this matter based on a settlement between the parties.

### Executive Summary

   On 23 January 2023, the Court dismissed this matter pending a settlement between the parties which was not agreed to fully or executed and gave 30 days to request the case be restored. On 18 February 2023, I made a motion to reopen the case as a settlement agreement was not in place and the 30 days was expiring. On 21 February 2023, the Court extended the time for the parties to enter into an agreement to settle this matter until 17 March 2023 and on the same day, 21 February 2023, the parties finalized a settlement agreement.

   Part of that agreement will be filed along with this motion as Exhibit A and the other part with be filed separately under seal as Exhibit B. As the parties, have resolved this matter among themselves, it is respectfully requested this matter be dismissed based on the settlement and the settlement agreement be made part of the record of this case.

### Motion to Dismiss this Matter Based on the Settlement Agreement

   For the reasons stated above, it is respectfully requested that this case be dismissed based on a settlement between the parties and the settlement agreement be made part of the record of this case.

Dated: This 18th day of February 2023.
    New York, New York

        Respectfully submitted,

        _____
        Jabari-Jason Tyson-Phipps
        NY# 4689451 | SDNY # JT9451
        EDNY # JT8685 | SCOTUS # 4689451
        Pierce & Kwok LLP
        299 Broadway Suite #1405 | New York, NY 10007
        646-934-9694 | J.J-Tyson-Phipps@piercekwok.com

CC Attorney Michael J. Puglise (mpuglise@pugliselawfirm.com); File